1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9 AT TACOMA

10 JONATHAN MCDONALD,

11         Petitioner,

Case No.  C05-5283RBL

12    v.

ORDER OF TRANSFER

13 DOUG WADDINGTON,

14         Respondent.

15

16     Before the court is a petition for habeas corpus relief.  The petitioner is currently incarcerated at
17 the Stafford Creek Correction Center.  The petition attacks the legality of a conviction imposed by the
18 Washington State Superior Court for King County.  For reasons which follow, this court transfers this
19 case to the U.S. District Court for Western District of Washington in Seattle.
20     An application for a writ of habeas corpus may be filed either in the district court wherein the
21 petitioner is in custody or in the district court within the State court which convicted and sentenced the
22 petitioner; such district courts have concurrent jurisdiction to entertain the application.  28 U.S.C. §
23 2241(d); Fest v. Bartee, 804 F.2d 559, 560 (9th Cir. 1986).  "The physical presence of the prisoner is not
24 necessary for habeas corpus jurisdiction as long as the court has jurisdiction over the person holding the
25 prisoner."  Fest, 804 F.2d at 560, *citing*, Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484,
26 494-95 (1973).  To determine where the action should be located the court should review traditional
27 venue considerations.  Id.
28     In the present case petitioner is challenging his second degree felon murder conviction in King

ORDER
Page - 1

County, Washington.  Petitioner was sentenced to one hundred seventy months of incarceration by the King County Superior Court.  Based on these facts and in the interest of justice, the petition should be transferred to the U.S. District Court located in Seattle.

The Clerk of this court is hereby directed to transfer this case to the U.S. District Court for Western District of Washington in Seattle.

DATED this 9th day of May, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry this

9th day of May, 2005.

*/s/ J. Kelley Arnold*

J. Kelley Arnold

United States Magistrate Judge

ORDER
Page - 2